FILED

01/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0465

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0465

SIEBEN RANCH COMPANY, )
)
Plaintiff and Appellee, )
)                                    ORDER
v. )
)
RANDALL G. ADAMS, a/k/a )
RANDY ADAMS, a/k/a RAY )
ADAMS; and LEE McDonald, )
)
Defendants and Appellants. )
_____ )

Defendant and Appellant pursuant to rule 26(1), M.R.App.P., moves for an extension of time in which to file and serve his opening brief in this matter and there being no objection from Plaintiff and Appellee;

IT IS HEREBY ORDERED that the Defendant and Appellant is granted an extension of time until February 19, 2021, in which to file and serve his opening brief in this matter.

The Clerk is directed to mail true copies of this order to all counsel of record.

DATED this _____ day of January, 2021.

For the Court,

By_____
                    Chief Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 13 2021